IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                         )<br>              Plaintiff,                        )<br>                                                         )<br>      v.                                              )<br>                                                         )<br>DONALD H. ASAY, TERRI J.           )<br>SAMOWITZ, GREGORY W. ENGER, )<br>and DONALD A. HEIDEN,              )<br>                                                         )<br>              Defendants.                   )<br>_____ ) | 8:02CR238<br><br>MEMORANDUM AND ORDER |

Before the court is the report and recommendation of United States Magistrate Judge Thomas D. Thalken, Filing No. 296.  No objection has been filed to the report and recommendation.  Pursuant to NECrimR 57.3 and 28 U.S.C. § 636(b)(1)(C), the court has conducted a de novo review of the record and adopts the report and recommendation in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1.   The report and recommendation, Filing No. 296, is adopted in its entirety.

2.   The defendants' Motion to Dismiss Indictment, Filing No. 259, is denied.

DATED this 1st day of July, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge