## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:02CR238** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DONALD H. ASAY,** | ) | |
| **TERRY J. SAMOWITZ,** | ) | |
| **GREGORY W. ENGER and** | ) | |
| **DONALD A. HEIDEN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the response of Allergan, Inc., to the court's order to show cause (Filing Nos. 316 and 317).  Counsel for defendant Samowitz shall file a reply to Allergan's response **on or before July 25, 2005.**

**IT IS SO ORDERED.**

DATED this 12th day of July, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge